United States Court of Appeals
 For The District of Columbia Circuit
 
No. 95-1619 September Term, 1997
 
Secretary of Labor,
 Petitioner

 v.

Keystone Coal Mining Corporation and Federal Mine
Safety and Health Review Commission,
 Respondents
__________________________________________
Southern Ohio Coal Company, et al.,
 Intervenors

 O R D E R

 It is ORDERED, sua sponte, that the opinion filed herein this date is amended,
as follows:

 On Page 2, in the listing of judges

 insert * next to the name Williams
 
 Add footnote to page 2, as follows

 *Circuit Judge Williams did not participate in this
 decision. He found it necessary to become re-
 cused after hearing oral argument.

FOR THE COURT:
Mark J. Langer, Clerk
BY:
Robert A. Bonner 
Deputy Clerk

Filed August 21, 1998